McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASILLA AKBARZADEH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL POMPEO, et al., <br><br> Defendants. | Case No.: 2:19-cv-113 KJM CKD <br><br> **JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME** |

Defendants seek an additional 60 days in which to file an answer to the complaint or other dispositive pleading, and plaintiff does not object. Accordingly, the parties stipulate that the defendants' answer will be due on May 20, 2019.

//

//

//

//

//

//

1

| | | |
|---|---|---|
| Dated: March 8, 2019 | | Respectfully submitted, |
| | | McGREGOR W. SCOTT<br>United States Attorney |
| | | s/ Audrey B. Hemesath<br>AUDREY B. HEMESATH<br>Assistant United States Attorney |
| | | s/ Jennifer Leah Rozdzielski<br>JENNIFER LEAH ROZDZIELSKI<br>Attorney for the Plaintiffs |

ORDER

It is so ordered.

DATED: March 13, 2019.

_____
UNITED STATES DISTRICT JUDGE