Jennifer Rozdzielski, CA Bar #273260
The Law Offices of Carl Shusterman
600 Wilshire Blvd., Suite 1550
Los Angeles, CA 90017
Telephone: (213) 623-4592
Facsimile: (213) 623-3720
E-mail: jennifer@shusterman.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASILLA AKBARZADEH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MIKE POMPEO, et al., <br><br> Defendants | Case No.: 2:19-cv-113 KJM CKD <br><br> **JOINT STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE** |

Plaintiffs seek a continuance of the status (pretrial scheduling) conference scheduled on May 23, 2019, and defendants do not object. Accordingly, the parties stipulate that the status conference be continued to June 20, 2019 at 2:30pm.

Dated: May 17, 2019

Respectfully submitted,

S/ Jennifer Rozdzielski
JENNIFER ROZDZIELSKI
Attorney for Plaintiffs

s/Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant United States Attorney

ORDER

It is so ordered that the status conference set for May 23, 2019 is VACATED and RESET for June 20, 2019 at 2:30 p.m. The parties are directed to file their Joint Status Report at least seven (7) days prior to the Status Conference.

DATED: May 20, 2019.

_____
UNITED STATES DISTRICT JUDGE