McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Email: Audrey.Hemesath@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASILLA AKBARZADEH, et al., | ) |
| | ) Case No.: 2:19-cv-113 KJM CKD |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL POMPEO, et al., | ) **JOINT STIPULATION AND ORDER** |
| | ) **RE: EXTENSION OF TIME** |
| Defendants. | ) |
| | ) |
| | ) |

Defendants seek an additional 30 days in which to file an answer to the complaint or other dispositive pleading, and plaintiff does not object. Accordingly, the parties stipulate that the defendants' answer will be due on June 20, 2019.

//

//

//

//

//

//

1

Dated: May 14, 2019

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

s/ Audrey B. Hemesath
AUDREY B. HEMESATH
Assistant United States Attorney

s/ Jennifer Leah Rozdzielski
JENNIFER LEAH ROZDZIELSKI
Attorney for the Plaintiffs

ORDER

It is so ordered.

DATED: May 20, 2019.

_____
UNITED STATES DISTRICT JUDGE