Jennifer Rozdzielski, CA Bar #273260
The Law Offices of Carl Shusterman
600 Wilshire Blvd., Suite 1550
Los Angeles, CA 90017
Telephone: (213) 623-4592
Facsimile: (213) 623-3720
E-mail: jennifer@shusterman.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASILLA AKBARZADEH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MIKE POMPEO, et al., <br><br> Defendants | Case No.: 2:19-cv-113 KJM CKD <br><br> **JOINT STIPULATION AND ORDER RE: CONTINUANCE OF STATUS CONFERENCE** |

The parties have conferred and stipulate and agree as follows. The parties respectfully request that the Status Conference and all deadlines, including the deadline for the Combined Joint Status Report, be extended 45 days. The Status Conference is scheduled on June 20, 2019. See Order, Dkt. No. 12. The parties jointly request that Status Conference and all the deadlines be extended by 45

days until August 3, 2019, in light of resumed and ongoing adjudication of Plaintiffs' application, the results of which will impact upon the course of this litigation or render these proceedings moot.

       Respectfully submitted and presented this 4th day of June, 2019.

Dated: June 4, 2019

                                Respectfully submitted,

                                S/ Jennifer Rozdzielski
                                JENNIFER ROZDZIELSKI
                                Attorney for Plaintiffs

                                s/Audrey B. Hemesath
                                AUDREY B. HEMESATH
                                Assistant United States Attorney

# ORDER

The status conference set for June 20, 2019 is VACATED and RESET for August 1, 2019 at 2:30 p.m. The parties are directed to file their Joint Status Report at least seven (7) days prior to the Conference.

DATED: June 7, 2019.

_____
UNITED STATES DISTRICT JUDGE